1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2763



FEB 0 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re search of | CASE NO. 2:09-SW-0027 |
| 3069 Carpenter Road, Stockton, CA and a Red 1997 Ford Explorer, VIN 1FMDU34E8VZB09205, bearing California license plate 6DBK392 and a Silver 1996 Volkswagen Golf, VIN 3VWFA81H7TM008671, bearing California license plate 3PQS815 | Order Unsealing Search Warrant |

The United States through its undersigned counsel, Assistant U.S. Attorney Mary L. Grad, hereby moves this Court to unseal the Search Warrant in the captioned matter. The application and affidavit in support of the search warrant should remain sealed until further order of this Court.

Date: 2/4/09

SO ORDERED.

Dated: February 4, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: MARY L. GRAD
Assistant United States Attorney

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States Magistrate Judge

1